AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>David Lynn Wells<br><br>Defendant(s) | Case No. 8:25mj24 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2020__ in the county of __Anderson__ in the
_____ District of __SOUTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 2251 | Production of child pornography |
| Title 18, USC, Section 2252(a)(2) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Erin F. Carlisle, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/29/2025

_____
Judge's signature

City and state: Greenville, South Carolina

William S. Brown, US Magistrate Judge
Printed name and title