IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF<br><br>David Lynn Wells | Case No.<br><br>**Filed Under Seal** |

## ATTACHMENT TO CRIMINAL COMPLAINT
## AND
## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

I, Erin F. Carlisle, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1.      Your Affiant has been employed as a Special Agent of the FBI since March of 2017 and is currently assigned to the Columbia Division. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of section 2510 (7) of Title 18 United States Code, and section 878 of Title 21 United States Code, and am empowered by law to conduct investigations and to make arrest and searches for offenses enumerated in Section 2516 of Title 18, and Title 21 of the United States Code. As part of my duties, I investigate crimes involving kidnapping of and missing juveniles, sexual exploitation of minors as well as various criminal offenses related to the production, distribution, receipt, and possession of child pornography. I have gained experience through various trainings and everyday work relating to conducting these types of investigations. I have received training specifically in the areas of missing children, child pornography and child exploitation.

2.      The facts in this Affidavit come from your Affiant's personal observations, training, experience, and information obtained from other law enforcement personnel involved in this

investigation along with a review of records obtained during the course of this investigation. The statements contained in this Affidavit are based in part on written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent.

3. Based on the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) (distribution in commerce of child pornography) and 18 U.S.C. § 2251 (production of child pornography) have occurred within the District of South Carolina by **DAVID LYNN WELLS (WELLS)**.

4. This court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as described and/or defined in 18 U.S.C. §§ 2703(a) and 2711(3).

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violation of the following: 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2251.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

   a. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

   b. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the

2

visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

c.     "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile devices. *See* 18 U.S.C. § 1030(e)(1).

d.     "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

7.     During the course of an investigation, Law Enforcement officers in the United Kingdom (UK) obtained legal access to a subject's devices. Upon review of the devices, a video was located of an adult male sexually abusing a minor male. The video occurred via the communication platform, Skype, with the name "David Wells" visible. The video is labeled "06-Jun-20." The creation date of the video is the same as the label, "06-Jun-20."

8.     Utilizing investigative techniques, UK law enforcement identified a United States citizen, David Lynn **WELLS** as a possible subject. WELLS was identified as a current inmate in

the South Carolina Department of Corrections for criminal sexual contact with a minor. The image located on southcarolina.arrests.org for David Lynn **WELLS** on January 15, 2021, Anderson County, matched the adult male in the video located by UK law enforcement. A search of social media located a Facebook profile for David **WELLS**. The cover and profile photograph depict a minor male with a likeness to the minor in the video. An image posted on July 15, 2020, depicts the minor male and an adult male resembling David **WELLS**.

9. Agents with the Department of Homeland Security in Greenville, South Carolina located minor victim's mother, hereafter referred to as MVM, in Anderson, South Carolina. MVM was shown sanitized images from the video and was able to identify their child as the minor victim, **WELLS** as the adult male, and **WELLS**'s apartment in the images. MVM showed HSI agents the location of **WELLS**'s apartment depicted in the images. The apartment was located in Anderson, South Carolina.

10. MVM has known **WELLS** since they were six or seven years old. MVM and **WELLS** are not currently in a relationship but are the biological parents of minor victim. MVM and **WELLS** have never lived together. **WELLS** did not have access to minor victim until minor victim was approximately 10 months old.

11. MVM and **WELLS** lived in the same apartment complex in Anderson, South Carolina. MVM dropped the minor victim at **WELLS**'s apartment on their way to work for **WELLS** to babysit. **WELLS** had access to the child until their arrest in 2021.

**VIDEO**

12. The video provided by law enforcement in the UK named "06-Jun-20 03.3538.avi" is 00:44:22 in length. The sanitized images provided to MVM were images created from this video file.

13. The video begins with a black screen and the words "David Wells." At approximately 00:18, an adult white male, identified by MVM and other sources as **WELLS**, depicted with dark hair, a dark colored mustache, and soul patch can be seen in camera view.

14. At approximately 02:24, the camera points towards a prepubescent male, identified as minor victim, wearing a diaper. **WELLS** is standing above minor victim and exposing his erect penis. **WELLS** utilized his hands to make it appear on the screen as if he is placing his penis near the child's mouth.

15. At approximately 06:45, minor victim is seen lying on his back fully nude with his penis exposed. **WELLS**'s hand is seen touching minor victim's penis.

16. At approximately 15:15, minor victim is viewed laying naked on top of **WELLS**. **WELLS**'s penis is exposed and appears to attempt to anally penetrate minor victim. **WELLS**'s penis is observed on minor victim's buttocks.

17. At approximately 19:45, **WELLS** moves the camera to a separate location where he is seen fully nude and masturbating.

18. At approximately 20:45, minor victim is depicted fully nude lying on his back with his penis exposed. **WELLS** is then observed attempting to anally penetrate minor victim.

19. At approximately 21:32, a blue icon screen is seen with the words "Skype" and "ManyCam" which appear to be folders within a computer file and opened by the user. A user is depicted clicking through the icons and an image of a prepubescent female child's vagina is seen within the "ManyCam" folder.

20. At approximately 23:22, the video appears dark and granulated.

21. At approximately 33:10, **WELLS** is seen on video performing oral sex on minor victim's exposed penis. A partial tattoo with the letters, "TMF" are depicted on **WELLS**'s upper left chest.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein [violations of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2251 have been violated by David Lynn **WELLS** in the District of South Carolina. I respectfully request that this Court issue an arrest warrant for David Lynn **WELLS**.

Respectfully submitted,

Erin F. Carlisle
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to appear before me on _April 29_, 2025.

The Honorable William S. Brown
United States Magistrate Judge
District of South Carolina